IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL   DIVISION

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   2:12-cr-04017-FJG-1 |
| | ) | |
| Allen Joseph Farwell, | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge

Matt J. Whitworth (Doc. #26 filed on November 13, 2012), to which no objection has

been filed, the plea of guilty to Count 1 of the Indictment which was filed on February

16, 2012, is now accepted.   Defendant is adjudged guilty of such offense(s).

Sentencing will be set by subsequent order of the court.


 */s/ Fernando J. Gaitan, Jr.*
Fernando J. Gaitan, Jr.
Chief United States District Judge


Dated:   December 10, 2012
Kansas City, Missouri